# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0095

VERSUS

DAVID J. MARTIN, III

**JUNE 1, 2026**

In Re:    David J. Martin, III, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 835176.

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the habitual offender bill of information, the habitual offender sentencing transcript, the pertinent court minutes, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before August 3, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.